IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JAMES DANIEL DUNCAN, Institutional ID No. 101687, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL COUNTY DETENTION CENTER, *et al.*, <br><br> Defendants. | 2:24-CV-015-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint without prejudice for failure to prosecute. ECF No. 24. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 24. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

SO ORDERED.

May 7, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE